JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

REIGN MATHENY, by and through her guardian ad litem, KEEFE PIERSON, an individual,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION; YIN LAWLER; and DOES 1-50, inclusive,

Defendants.

Case No. 8:26-cv-00767-JWH-ADSx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 15] entered on or about June 15, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE